**Kenny R. SIMS, Plaintiff–Appellant,**

v.

**MAGLA PRODUCTS, LLC, Defendant–Appellee.**

No. 02–7173.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 10, 2002.

Decided Oct. 21, 2002.

Kenny R. Sims, Appellant Pro Se. Donald Alan Cockrill, Michael Stuart Pitts, Ogletree, Deakins, Nash, Smoak & Stewart, Greenville, South Carolina, for Appellee.

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Kenny R. Sims appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Sims v. Magla Prods., LLC*, No. CA–02–676–3–19BD (D.S.C. filed July 1, 2002; entered July 2, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court

and argument would not aid the decisional process.

*AFFIRMED.*